UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE ANDRE LAMONT LOCKLIN,<br><br>Petitioner,<br><br>v.<br><br>LEANNA LUNDY,[1] Acting Warden,<br><br>Respondent. | Case No. 2:22-cv-06933-SB-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), Respondent's motion to dismiss or strike Ground Two (Dkt. 15), Petitioner's opposition (Dkt. 28), the other records on file herein, and the revised Report and Recommendation ("R&R") of the U.S. Magistrate Judge (Dkt. 37). Petitioner has not filed an objection to the R&R. Instead, on February 16, 2024, he filed a first

---

[1] "Leanna Lundy has been Acting Warden at California State Prison – Los Angeles County (LAC) since June 2023." California Department of Corrections and Rehabilitation's website (last visited Feb. 12, 2024), https://www.cdcr.ca.gov/facility-locator/lac/. Pursuant to Federal Rule of Civil Procedure 25(d), Leanna Lundy is substituted for Tammy Campbel as Respondent.

amended petition for writ of habeas corpus that does not reallege Ground Two. Dkt. No. 42. It therefore appears that Petitioner does not object to the R&R. In any event, the Court accepts the findings and R&R of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's motion to strike/dismiss Ground Two (Dkt. 15) is GRANTED and Petitioner's motion for a *Rhines* stay (Dkt. 26) is DENIED. The Magistrate Judge will set a deadline for Respondent to answer Grounds One, Three, and Four (as suggested in the R&R).

The Clerk shall serve copies of this Order and the Report and Recommendation on Petitioner and all counsel of record.

DATED: March 1, 2024

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE