JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DE ANDRE LAMONT LOCKLIN,

               Petitioner,

        v.

TAMMY CAMPBEL,

               Respondent.

Case No. 2:22-cv-06933-SB-KES

JUDGMENT

    Pursuant to the Order Accepting the Findings, Conclusions, and Recommendations of United States Magistrate Judge, the Petition is denied and dismissed with prejudice.

Dated: September 29, 2025

                            Stanley Blumenfeld, Jr.
                            United States District Judge